UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY EVANS,

    Plaintiff,

    v.

LISA CARLOCK, et al.,

    Defendants.

Case No. 17-cv-06401-RS (PR)

**ORDER OF TRANSFER**

Plaintiff's allegations arise from events that occurred in Solano County, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** December 19, 2017

_____
RICHARD SEEBORG
United States District Judge