UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY EVANS,<br><br>Plaintiff,<br><br>v.<br><br>LISA CARLOCK, et al.,<br><br>Defendants. | No. 2:19-cv-0110-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff commenced this action on November 2, 2017 in the United States District Court for the Northern District of California. ECF No. 1. On January 16, 2019, after plaintiff filed a request for status (ECF No. 13), the docket was updated to reflect that the case had been transferred to this district on December 19, 2017. ECF No. 11.

To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has commenced a new action by filing a complaint, but he has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

If plaintiff wishes to proceed, he must submit either the filing fee or the application required by § 1915(a) within 30 days from the date of service of this order. The Clerk of the

1

Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: January 18, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE