UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY EVANS,<br><br>Plaintiff,<br><br>v.<br><br>LISA CARLOCK, et al.,<br><br>Defendants. | No.  2:19-cv-0110-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the April 22, 2020 findings and recommendations.

Plaintiff's request (ECF No. 55) is granted and plaintiff has 60 days from the date this order is served to file his objections.

So ordered.

Dated:  June 15, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE