UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY EVANS, | No. 2:19-cv-0110-KJM-JDP-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LISA CARLOCK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to the previously assigned United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2020, and September 2, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff received an extension of time to respond to the findings and recommendation, ECF No. 61, and most recently filed a notice that he is being denied adequate law library time.  ECF No. 63.  His most recent filing did not request more time or make formal objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 22, 2020, and September 2, 2020, are adopted in full;

2. Plaintiff's motion to stay (ECF No. 57) is denied; and

3. The amended complaint filed on February 24, 2020 (ECF No. 35) is dismissed without leave to amend but without prejudice to plaintiff's ability to file his claims in an appropriately exhausted habeas action.

DATED: March 17, 2021.

CHIEF UNITED STATES DISTRICT JUDGE