UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Anthony Evans,<br><br>            Plaintiff,<br><br>    v.<br><br>Lisa Carlock, et al.,<br><br>            Defendants. | No. 2:19-cv-00110-KJM-JDP<br><br>ORDER |

Judgment was entered in this action on March 18, 2021 after this court adopted the Magistrate Judge's findings and recommendations and dismissed the amended complaint. *See* ECF Nos. 65, 66. The post-judgment request for judicial notice (ECF No. 67) is therefore denied. To the extent that request can be construed as a motion for relief from judgment under Rule 60(b), it is also denied. *See Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 899 (9th Cir. 2001).

    IT IS SO ORDERED.

DATED: April 26, 2021.

                                                                         *[signature]*
                                                     CHIEF UNITED STATES DISTRICT JUDGE

1